IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

DAKOTA HOLT,                           )
                                       )
        Plaintiff,                     )
                                       )        CIVIL ACTION
v.                                     )
                                       )        FILE No. 4:21-cv-00045-JPB
MONASU, INC,                           )
                                       )
        Defendant.                     )

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Dakota Holt, Plaintiff in the above-styled civil action, by and

through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby

requests that all pending motions be denied as moot, and that the instant matter be

dismissed with prejudice, without an award of fees or costs to either party.

Dated: July 23, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460

1

Fax: (855) 415-2480
craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on July 23, 2021, I filed the within and foregoing Notice of

Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District

Court for the Northern District of Georgia. A true and correct copy of the same was

served via electronic mail as follows:

Anthony N. Perrotta, Esq.
Perrotta, Lamb & Johnson, LLC
222 E. Main Street
Cartersville, Georgia 30120
Fax: (770) 386-1170
anp@perrottalaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared

in accordance with the font type and margin requirements of Local Rule 5.1 of the

Northern District of Georgia, using a font type of Times New Roman and a point size

of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich